447 F.2d 1312
 Rubble M. SMITH, Plaintiff-Appellant,
v.
STATE BOARD OF BAR EXAMINERS OF GEORGIA, et al.,
Defendant-Appellees.
Jewell Larry DEFEE, Plaintiff-Appellant,
v.
Howell C. RAVAN et al., Defendants-Appellees.
 Nos. 30971, 30972.
 United States Court of Appeals, Fifth Circuit.
 May 27, 1971.
 
 Rubble M. Smith, pro se.
 Jewell Larry Defee, pro se.
 Arthur K. Bolton, Atty. Gen., John W. Hinchey, Asst. Atty. Gen., Harold N. Hill, Jr., executive Asst. Atty. Gen., Robert J. Castellani, Asst. Atty. Gen., Atlanta, Ga., for defendants-appellees.
 Before TUTTLE, GEWIN and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)